IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

COUNTRYWIDE HOME LOANS
MORTGAGE, CORP.,
Plaintiff

v.                                                                  CIVIL NO. 05-2174(DRD)

LUIS EDGARDO BATISTA-GONZALEZ
Defendant

| MOTION | RULING |
|---|---|
| **Date Filed:** 12/06/05　　**Docket #3**<br>[X] **Plff**　　　　　　　　　[] **Deft**<br>[ ] **Other**<br><br>**Title:** NOTICE OF VOLUNTARY DISMISSAL | **GRANTED**. Because Plaintiff, Countrywide Home Loans Mortgage, Corp., has appeared requesting the voluntary dismissal of all its causes of action against Defendant, Luis Edgardo Batista-Gonzalez, and because no responsive pleading has been filed by the instant defendant, the Court hereby **GRANTS** plaintiff's request, and pursuant to Fed.R.Civ.P., 41(a)(1)(i), **DISMISSES** plaintiff's claims against the defendant **WITHOUT PREJUDICE**. **Judgment** shall be entered accordingly. |

**IT IS SO ORDERED.**
In San Juan, Puerto Rico this 6th day of December 2005.

　　　　　　　　　　　　　　　　　　　　　　　**S/DANIEL R. DOMINGUEZ**
　　　　　　　　　　　　　　　　　　　　　　　**DANIEL R. DOMINGUEZ**
　　　　　　　　　　　　　　　　　　　　　　　**U.S. DISTRICT JUDGE**